U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

SEP 29 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

Yousef, et al                Civil Action No. 6:13-cv-00542

versus                Judge Richard T. Haik, Sr.

Falcon, et al                Magistrate Judge C. Michael Hill

### ORDER

Before the Court is plaintiffs' opposed Motion To Maintain Case On Court's Administrative Docket Until January 25, 2015 [Rec. Doc. 26] in this action in light of plaintiffs' counsel's ("Counsel's") continuing health and family issues. This action was filed on March 13, 2013 against a Deputy Sheriff and the Lafayette Parish Sheriff's Office for allegedly wrongful seizure of property under 42 U.S.C. §§ 1983 and 1988. Defendants filed a Motion to Dismiss the claims against the Sheriff, on August 30, 2013. *R. 7.* Thereafter, the Court granted plaintiffs' motion to continue the October 17, 2013 hearing on the Motion because of a conflict with Counsel's annual vacation October 4 through October 19. *R. 9, 11.* The Court also granted plaintiff's motion for extension of time to respond to the Motion to Dismiss from September 20, 2013 to October 30, 2013. *R. 10, 12.* On December 20, 2013, the Court issued an order granting defendants' Motion and dismissed the claims against the Lafayette Parish Sheriff. *R. 21, 22.* On March 19, 2014, the Court issued a Scheduling Order setting the pre-trial deadlines and a trial date of March 16, 2015. *R. 23.* On March 28, 2014, the Court granted plaintiffs' motion to continue the March 16, 2015 trial based on Counsel's health issues and administratively terminated this action allowing the parties to file a joint motion to reopen this proceeding or to inform the Court of Counsel's status within six (6) months of the date of the entry of this order. *R. 26.*

The Motion indicates that defendant opposes any extension of the stay of this action in

light of it being filed over 1 ½ years ago and concern that Counsel's issues may not be resolved by January. *Id. at pp. 4-5*. Plaintiffs' counsel suggests that another attorney in Counsel's firm could temporarily assist him in handling this action between now and January 15, 2015. *Id. at p. 4*. In response to the suggestion, Counsel represents to the Court that "Counsel's only partner, Michael S. O'Brien, only does personal injury work in state court." *Id.* The Court's records indicate, however, that Mr. O'Brien is admitted to practice in this Court and, in fact, has a long history of litigation in the Western District—he appeared as counsel in 44 cases prior to 2000 and 26 cases from 2000 forward. The Court is aware of a case Mr. O'Brien brought under the court's federal question jurisdiction, *Suire v. Vermilion Parish*, 6:02-cv-00828, in which he represented the prevailing party at trial in a Title VII action.

Based on the foregoing,

**IT IS ORDERED** that the opposed Motion To Maintain Case On Court's Administrative Docket Until January 25, 2015 [Rec. Doc. 26] is **DENIED** and the Clerk of Court is to **REOPEN** this action and re-issue a trial date and Scheduling Order.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 26th day of September, 2014.

_____
RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE