RECEIVED
OCT 21 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Yousef, et al                                                         Civil Action No. 13-0542

versus                                                                     Judge Dee D. Drell

Falcon, et al                                             Magistrate Judge Carol B. Whitehurst

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss filed by defendants, Deputy Karry Falcon, individually and in his official capacity, and Sheriff Michael W. Neustrom, in his official capacity, [Rec. Doc. 59] be **GRANTED** and this action be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in chambers, on this 21st day of October, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT